AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

## for the

### District of Columbia

United States of America
v.

Justin LaGesse

_____
*Defendant*

)
)
)
)
)
)

Case: 1:24-mj-00012
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 1/16/2024
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Justin LaGesse                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☒ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(G)- Parading, Picketing, and Demonstrating in a Capitol Building; and
18 U.S.C. §§ 1361 and 2- Destruction of Government Property.

Date:     01/16/2024

City and state:          Washington, D.C.

*M.A. Upad* (signature)
_____
*Issuing officer's signature*

Moxila A. Upadhyaya, U.S. Magistrate Judge
_____
*Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)*    1.16.24    , and the person was arrested on *(date)*    1.17.24 | | |
| at *(city and state)*    McLeansboro, Illinois    . | | |
| Date:    1.18.24 | E Signature - 1.18.24 at 09:58AM - Jacob Griffin | |
| | *Arresting officer's signature* | |
| | FBI Special Agent Jacob Griffin | |
| | *Printed name and title* | |



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

**MONICA A. STUMP**
CLERK OF COURT

TEL: 618.439.7760
FAX: 618.435.2409

**OFFICE OF THE CLERK
301 WEST MAIN STREET
BENTON, ILLINOIS 62812**

January 18, 2024

Clerk, U.S. District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001
Room 125

**RE:     USA v. Justin LaGesse
            24-mj-12
            (SDIL: 24-MJ-4007-RJD)**

On January 18, 2024, a removal proceeding was held in the above matter before
Magistrate Judge Reona J. Daly. Enclosed you will find a certified copy of the docket entries
along with a copy of bond papers filed in this case.

You may access electronically filed documents in this case at our ECF/PACER web
address: http://ecf.ilsd.uscourts.gov.  In the event you are unable to retrieve the documents, please
contact the undersigned for direct transmission. Any documents not available electronically are
enclosed in paper format.

Please acknowledge receipt by returning a date stamped copy of this letter. Thank you.

Sincerely,

Monica A. Stump
Clerk of Court

By: *s/ Jamie Melson*
Courtroom Deputy to
U.S. Magistrate Judge Reona J. Daly
618-439-7754 (Direct)
Jamie_Melson@ilsd.uscourts.gov

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Justin LaGesse<br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case: 1:24-mj-00012<br>Assigned To : Upadhyaya, Moxila A.<br>Assign. Date : 1/16/2024<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Justin LaGesse                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment          ❏ Information          ❏ Superseding Information          ☒ Complaint
❏ Probation Violation Petition          ❏ Supervised Release Violation Petition          ❏ Violation Notice          ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(G)- Parading, Picketing, and Demonstrating in a Capitol Building; and
18 U.S.C. §§ 1361 and 2- Destruction of Government Property.

Date:    01/16/2024         _____
                                                                    *Issuing officer's signature*

City and state:          Washington, D.C.              Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____          _____<br>                                                                    *Arresting officer's signature*<br><br>                                                                    _____<br>                                                                    *Printed name and title* |

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Theodore Middendorf, (DOB: XXXXXXXXX)<br>Justin LaGesse, (DOB: XXXXXXXXX)<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:24-mj-00012<br>Assigned To : Upadhyaya, Moxila A.<br>Assign. Date : 1/16/2024<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the
_____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(G)- Parading, Picketing, and Demonstrating in a Capitol Building; and
18 U.S.C. §§ 1361 and 2- Destruction of Government Property.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____01/16/2024_____

_____
*Judge's signature*

City and state: _____Washington, D.C._____

___Moxila A. Upadhyaya, U.S. Magistrate Judge___
*Printed name and title*

Case: 1:24-mj-00012
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 1/16/2024
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

Your affiant, ▮▮▮▮▮▮, is a Special Agent with the Federal Bureau of Investigation (FBI) assigned to the Springfield, Illinois Field Office. I have been a Special Agent with the FBI since December 2021. Prior to service with the FBI, I was a university Public Safety Officer in New York for seven years, where I served to the rank of Lieutenant. I am presently assigned to the FBI Counterterrorism Division's Joint Terrorism Task Force. I am currently tasked with investigating criminal activity in and around the United States Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### Facts Specific to this Application

### Identification of Justin LaGesse and Theodore Middendorf

On July 18, 2022, the FBI received an anonymous tip from an individual who indicated that a person known to them claimed to be in the U.S. Capitol Building during the January 6 riot. The tipster identified the person as JUSTIN LAGESSE ("LAGESSE") of McLeansboro, Illinois. The tipster stated that they heard LAGESSE tell several of his friends that he was present in Washington, D.C. during the riot and that he entered the U.S. Capitol Building. After receiving this tip, the FBI conducted opensource media checks for LAGESSE. As a result of the search, the FBI located a Google account under "lagessej***@gmail.com" and a Facebook user under the name Justin Lageese. The Facebook user claimed to live in McLeansboro, Illinois. The Facebook account's unique user identification was listed as "Justin.lagesse.7" and showed a profile picture of a male in camouflage holding a United States of America flag with writing on it. The male in the profile picture is also wearing a mask decorated as a United States of America flag, as well as a blue baseball cap.



*Figure 1*: Screen capture of the profile page of the "Justin.lagesse7 Facebook account

The FBI also viewed the public profile image post for the "Justin.lagesse.7" Facebook account. In the post's caption, "Justin Lageese" stated, "I made the cover of AP news on you tube from my washington trip." As for the profile image itself, it depicts an individual wearing a green camouflage jacket, green gloves, an American flag face covering, a backpack of an unknown color, and a blue baseball cap. The individual is also holding a version of an American flag with some text written on the flag. This picture appeared to be taken from a live news stream from an

unknown source. In one comment to the picture, another user said, "Thought that was you." In response, "Justin LaGesse" said, "yes Sir."



*Figure 2: Profile image post for the "Justin.lageese7" Facebook account*



*Figure 3: Comments to the profile image post for the "Justin.lagesse7" Facebook account*

On January 12, 2023, the FBI received information that an individual identified as Theodore Middendorf was also present in Washington, D.C. during the January 6 riot. The information was a Facebook post where a user with the name "Ted Middendorf" stated, "I'll be there," in response to an image of former President Trump captioned, "Fight for Trump. January 6 We're Comin'!" After receiving this Facebook post, the FBI took the Facebook user's profile picture and matched it to the driver's license photograph of an individual identified as THEODORE MIDDENDORF ("MIDDENDORF"). Records indicate that MIDDENDORF lives in McLeansboro, Illinois.



Figure 4: Image of January 6 rally posted to Facebook by "Ted Middendorf"

Based on information previously provided by Google LLC, subsequent to legal process served by the FBI, an electronic device logged into Google Account ID "957646951000" was likely within the U.S. Capitol on January 6, 2021, in violation of federal law. According to information provided by Google LLC, subsequent to legal process served by the FBI, Google Account ID "957646951000" was activated in November 2014 and registered to the name "Theo Middendorf" with the email "tedmidd***@gmail.com." This Google Account ID has a recovery phone number ending in 7228 ("x7228"). The Google Account ID also had payment options saved to the account, which contained records of credit cards registered to "Theodore Middendorf" with a billing address of McLeansboro, Illinois.

On February 7, 2023, the FBI interviewed an individual with personal knowledge of LAGESSE and MIDDENDORF. The individual confirmed that MIDDENDORF and LAGESSE went to Washington, D.C. on January 5, 2021, attended the riot on January 6, and returned to McLeansboro on January 7. Upon his return to McLeansboro, MIDDENDORF told the individual that LAGESSE and he entered the U.S. Capitol Building. The individual also confirmed that the "tedmidd***@gmail.com" belonged to MIDDENDORF and the x7228 number was connected to MIDDENDORF's business. During the interview, the FBI also presented the individual with the still image posted to Facebook by the "Justin.lagesse.7" account. The individual identified the person depicted in the image as LAGESSE and confirmed that the "Justin.lagesse.7" account belongs to LAGESSE.

On February 15, 2023, in a separate interview with the same individual, the FBI presented the individual with a still image of U.S. Capitol security footage. In the still, two rioters are walking

through the House Wing Door lobby. One rioter appears to be LAGESSE wearing the same clothing depicted in Figure 3. LAGESSE, however, is holding a Gadsden flag, rather than the American flag with writing on it. The other rioter is wearing a dark-colored jacket, a blue beanie style cap, an American flag face covering, and a backpack. This rioter appears to be holding the same flag held by LAGESSE in Figure 3. After viewing this still image, the individual identified the second rioter as MIDDENDORF. The individual stated they knew it was MIDDENDORF because they had seen him in an image published by MSNBC. On February 16, 2023, the individual provided the FBI with the MSNBC image, which is a clipped version of the image in Figure 3 and depicts MIDDENDORF standing to LAGESSE's rightside.



*Figure 5: MIDDENDORF (circled in yellow) filming officers while walking with LAGESSE (circled in red)*



*Figure 6: MSNBC image of MIDDENDORF*

**Conduct of Justin LaGesse and Theodore Middendorf on January 6**

On January 6, 2021, at approximately 2:51 p.m., LAGESSE entered the U.S. Capitol Building by climbing through a broken window next to the Senate Wing Door breach of the building. Security footage shows LAGESSE wearing the same clothing depicted in the image posted to LAGESSE's Facebook account. As noted above, instead of the American flag previously described, LAGESSE enters the U.S. Capitol with a Gadsden flag. However, upon entry, LAGESSE turns back towards the outside and grabs the aforementioned American flag from MIDDENDORF. LAGESSE then grabs MIDDENDORF's hand and helps him through the same broken window. MIDDENDORF is visible wearing the same clothing depicted in the MSNBC image. In addition, MIDDENDORF and LAGESSE appear to be wearing matching shirts under their jackets with "FUCK ANTIFA" in large red-and-white lettering across the front.



*Figure 5: LAGESSE (circled in red) climbing through a window into the U.S. Capitol*



*Figure 6: LAGESSE (circled in red) holding both flags while MIDDENDORF (circled in yellow) climbs through the window*

After standing with the crowd of rioters for a minute, LAGESSE and MIDDENDORF appear to join with the others in a chant of "U.S.A." At the same time, the two wave their flags in the air. When the chant stops, the two begin to move south in the direction of the Crypt. At approximately 3:00 p.m., they entered the Crypt while carrying their flags on their shoulders.



*Figure 7: LAGESSE and MIDDENDORF (circled in yellow) waving their flags in the air*



*Figure 8: LAGESSE and MIDDENDORF (both circled in red) enter the Crypt*

LAGEESE and MIDDENDORF continued south into the House of Representatives side of the U.S. Capitol. At approximately 3:01 p.m., they passed by the House Wing Door emergency exit. At that time, MIDDENDORF appears to use his cell phone to film a small group of officers standing in a line next to the rioters.



*Figure 9: MIDDENDORF (circled in yellow) filming officers while walking with LAGESSE (circled in red)*

From there, they continued south through the Hall of Columns, where the crowds movement through the U.S. Capitol momentarily halted. During this pause, the two stood off to the side while MIDDENDORF continued to use his phone to film the riot. After a few moments, LAGESSE and MIDDENDORF began walking south again. MIDDENDORF pumped his flag in the air a few times before the two left the U.S. Capitol through the South Door at approximately 3:02 p.m.



*Figure 10: MIDDENDORF and LAGESSE (both circled in red) standing amongst the crowd*



*Figure 11: LAGESSE (circled in red) and MIDDEDORF (circled in yellow) leaving the U.S. Capitol*

After leaving the U.S. Capitol, LAGESSE and MIDDENDORF approached a line of Metropolitan Police Department ("MPD") officers standing behind a bicycle rack barricade. As they get near the officers, LAGESSE called the officers "fucking traitors" and "fucking communist scum." For several minutes, LAGESSE continues to lob insults at the officers while MIDDENDORF stands nearby.



*Figure 12: LAGESSE (circled in red) verbally accosting MPD officers*



*Figure 13: LAGESSE (circled in red) yelling at officers while MIDDENDORF (circled in yellow) stands next to him*

MIDDENDORF and LAGESSE then proceeded around to the northside of the Capitol building where they encountered a group of rioters attempted to breach through the North Door. At approximately 4:09 p.m., while police officers attempted to stop these rioters, MIDDENDORF and LAGESSE approached a large window to the left of the North Door. Figure 14. The two then used their flagpoles to strike the window numerous times and damaged the window in several places. Figures 15-16. After failing to shatter the window, MIDDENDORF walked east towards another window and struck it with his flagpole one time. Figure 17. An audible striking sound is present on the video of the incident.



*Figure 14: MIDDENDORF approaching the window with his flagpole in hand*



*Figure 15: LAGESSE and MIDDENDORF striking the window multiple times*



*Figure 16: LAGESSE walking away from the window, which now has several strike marks from MIDDENDORF, LAGESSE, and likely other rioters*



*Figure 17: MIDDENDORF striking a second U.S. Capitol window*

The Architect of the Capitol determined that the window struck by both MIDDENDORF and LAGESSE suffered $41,315.25 in damages during the riot.

Based on the foregoing, your affiant submits that there is probable cause to believe that JUSTIN LAGEESE and THEODORE MIDDENDORF violated 18 U.S.C. §§ 1752(a)(1), (2), and (4), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; (4) knowingly engages in any act of physical violence against any person or property in any restricted building or grounds; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that JUSTIN LAGEESE and THEODORE MIDDENDORF violated 40 U.S.C. §§ 5104(e)(2)(D), (F), and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; (F) engage in an act of physical violence in the Grounds or any of the Capitol Buildings; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Your affiant submits there is probable cause to believe that JUSTIN LAGEESE and THEODORE MIDDENDORF violated 18 U.S.C. §§ 1361 and 2, by willfully injuring or depredating of any property of the United States in an amount in excess of $1,000.



Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 16th day of January.

_____
MOXILA A. UPADHYAYA
U.S. MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MINUTES OF INITIAL APPEARANCE ON REMOVAL |
| | ) | |
| vs. | ) | CASE NO.   24-MJ-4007-RJD |
| JUSTIN LAGESSE, | ) | |
| | ) | DATE: January 18, 2024 |
| *Defendant.* | ) | LOCATION:  Benton |

PRESENT:  HONORABLE REONA J. DALY, U. S. MAGISTRATE JUDGE

DEPUTY CLERK:  Jamie Melson          REPORTER:  Amy Richardson

COUNSEL FOR GOVERNMENT:  David Sanders, AUSA

COUNSEL FOR DEFENDANT:  Patrick Kilgore, AFPD, *for proceedings in this district*

[x]   Defendant appears in open court pursuant to arrest on warrant issued in the District of Columbia.

[x]   Counsel for the government and defendant are present as noted above.

[x]   Financial Affidavit filed. Request for appointment of counsel granted and Federal Public Defender appointed for proceedings in this district.

[x]   Defendant has received and reviewed a copy of the Arrest Warrant and
      [] Indictment   [ ] Information   [x] Criminal Complaint
      [] Order          [] Petition to Revoke Supervised Release

[x]   Defendant advised of constitutional rights.

[x]   Defendant waives identity hearing. The Court finds to be voluntary and counseled. Waiver accepted. Defendant is found to be the person named in the charging documents.

[x]   Defendant submits written Waiver of Preliminary Hearing which the Court finds to be voluntary and counseled. Waiver accepted.

[x]   The Government is not seeking detention.

[x]   Defendant released on a Personal Recognizance Bond.

[x]   Defendant is set to appear via zoom before MAGISTRATE JUDGE UPADHYAYA on JANUARY 25, 2024 AT 12:30 P.M. EST.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| **vs.** | **)** | **CASE NO. 24-MJ-4007-RJD** |
| | **)** | |
| **JUSTIN LAGESSE,** | **)** | |
| | **)** | |
| *Defendant.* | **)** | |

**ORDER**

It appearing from the record that the Defendant is financially unable to

obtain counsel, is in need of counsel, and is entitled to the appointment of counsel,

the Court hereby appoints the Federal Public Defender for the Southern District of

Illinois to represent the defendant for proceedings in this district.

**IT IS SO ORDERED.**

**DATED:    January 18, 2024**

*s/ Reona J. Daly*
**HON. REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**

AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## for the

Southern                    Illinois

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  24 - mj - 4007 - RJD |
| | ) | |
| Justin La Gesse | ) | Charging District's Case No.  1: 24 - mj - 00012 |
| _____Defendant_____ | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*  United States
District Court for the District of Columbia                    .

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing to determine whether there is probable cause to believe that an offense has been
committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise,
unless I have been indicted beforehand.

(5)    a hearing on any motion by the government for detention;

(6)    request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑    an identity hearing and production of the warrant.

☑    a preliminary hearing.

☐    a detention hearing.

☐    an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary
or detention hearing to which I may be entitled in this district.  I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by
that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are
pending against me.

Date:  01/18/2024

x _____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

AO 199A (SDIL Rev. 2/21) Order Setting Conditions of Release

UNITED STATES DISTRICT COURT
Southern District of Illinois

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff** ) | |
| **v.** ) | **CASE NO:   24-MJ-4007-RJD** |
| ) | |
| **JUSTIN LAGESSE,** ) | |
| **Defendant** ) | |
| ) | |

**ORDER SETTING CONDITIONS OF RELEASE**

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1)   The defendant must not violate any federal, state or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3)   The defendant must advise the Court or the U.S. Probation/Pretrial Services Office or Supervising Officer in writing before making any change of residence or telephone number.

(4)   The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B (SDIL Rev. 2/21) Additional Conditions of Release                                   Page **2** of **5**

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

☐   (6)   The defendant is placed in the custody of:

Person or organization  _____

Address (*only if above is an organization*)  _____

City and State  _____   Tel. No._____

who agrees (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates any condition of release or disappears.

Signed: _____   _Click or tap to enter a date._____
*Custodian*                                      *Date*

☒   (7)   The defendant must:

☒   (a)   report to and be supervised by U.S. Probation/Pretrial Services Office as directed

☐   (b)   maintain or actively seek employment

☐   (c)   continue or start an educational program as directed

☒   (d)   surrender any passport to the U.S. Probation/Pretrial Services Office

☒   (e)   refrain from obtaining a passport or other international travel document

☒   (f)   Travel is restricted to the SD/IL and District of Columbia for court appearances only. Any travel outside of the restricted area(s) will require prior approval from the Court.

☐   (g)   reside with   at the following address Click or tap here to enter text.

☒   (h)   avoid all contact, directly or indirectly, with any person who is or may be a victim, witness, or defendant in the investigation or prosecution, including: Click or tap here to enter text.

☐   (i)   participate in available mental health, psychological, and/or psychiatric evaluation and/or treatment as deemed necessary. You must pay all or part of the cost of the program based on your ability to pay as determined by the Court and/or U.S. Probation and Pretrial Services Office.

☐   (j)   reside in a residential reentry center (halfway house) as directed by the U.S. Probation/Pretrial Services Office and comply with the rules of that facility. You must pay all or part of the cost of the program based on your ability to pay as determined by the Court and/or U.S. Probation and Pretrial Services Office.

☒   (k)   refrain from possessing a firearm, ammunition, destructive device, or other dangerous weapons

☐   (l)   refrain from any use of alcohol

☐   (m)   submit to a remote alcohol testing system and comply with all program requirements as approved by the U.S. Probation/Pretrial Services Office. The defendant shall pay for all or part of the costs associated with this system as directed by the Court and/or the U.S. Probation/Pretrial Services Office.

☐   (n)   refrain from any use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner

☐   (o)   not be present in any location where any illegal substance is being manufactured, used, or sold

☐   (p)   submit to testing for a prohibited substance if required by the U.S. Probation/Pretrial Services Office. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening

AO 199B (SDIL Rev. 2/21) Additional Conditions of Release                                              Page **3** of **5**

or testing. The defendant must not obstruct, or attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

☐  (q)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed necessary. You must pay all or part of the cost of the program based on your ability to pay as determined by the Court and/or U.S. Probation and Pretrial Services Office.

☐  (r)  participate in <u>one</u> of the following location restriction programs and comply with its requirements as directed.

    ☐ **Curfew.** You are restricted to your residence every day from Click or tap here to enter text. to Click or tap here to enter text. , or as directed by the supervising officer.

    ☐ **Home Detention.** You are restricted to your residence, at all times, except for employment; education; religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the supervising officer.

    ☐ **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence, except for medical necessities and court appearances or other activities specifically approved by the court.

    ☐ **Stand Alone Monitoring.** You have no residential curfew restrictions; however, must comply with the location or travel restriction as imposed by the court. Note: this component should be used in conjunction with GPS technology.

    submit to the following location monitoring technology and comply with its requirements as directed.

    ☐ Location monitoring technology as directed by the U.S. Probation/Pretrial Services Office

    ☐ Radio Frequency (RF)

    ☐ Global Position System (GPS)

    You must pay all or part of the cost of location monitoring based on your ability to pay as determined by the U.S. Probation/Pretrial Services Office.

☒  (s)  report as soon as possible to the U.S. Probation/Pretrial Services Office every contact with law enforcement personnel, including arrest, questioning, or traffic stops

☐  (t)  not incur new credit charges or open additional lines of credit while on release in this case without the approval of the U.S. Probation/Pretrial Services Office

☐  (u)  not associate with children who appear to be under the age of 18 nor frequent, volunteer, or work at places where children congregate (e.g. playgrounds, parks, malls, daycare centers, or schools) unless approved by U.S. Probation/Pretrial Services Office. The defendant shall have no contact with victims.

☐  (v)  The defendant shall cooperate with the U.S. Probation/Pretrial Services Office Computer and Internet Monitoring Program. Cooperation shall include, but is not limited to, identifying computer systems, internet capable devices, networks (routers/modems), and/or similar electronic devices (external hard drives, flash drives, etc.) to which the defendant has access. All devices are subject to random inspection/search, configuration, and the installation of monitoring software and/or hardware. The defendant's financial obligation shall never exceed the total cost of services rendered. The defendant shall pay all or a portion of the costs of participation in the Computer and Internet Monitoring Program based on the defendant's ability to pay.

The defendant shall inform all parties who access approved computer(s) or similar electronic device(s) that the device(s) is subject to search and monitoring. The defendant may be limited to possessing only one personal computer and/or internet capable device to facilitate the ability to effectively monitor internet-related activities. The defendant shall report any and all electronic

communication service accounts utilized for user communications, dissemination, and/or storage of digital media files (i.e., audio, video, images, documents, device backups) to the U.S. Probation/Pretrial Services Office. This includes, but is not limited to, email accounts, social media accounts, and cloud storage accounts. The defendant shall provide each account identifier and password, and shall report the creation of new accounts. Changes in identifiers and/or passwords, transfer, suspension and/or deletion of any account shall be reported within five days of such action. The defendant shall permit the U.S. Probation/Pretrial Services Office to access and search any account(s).

☐     (w)     As directed by the U.S. Probation/Pretrial Services Office, the defendant shall notify third parties of potential risks due to the defendant's criminal record or personal history or characteristics and shall permit the U.S. Probation/Pretrial Services Office to make such notification and to confirm the defendant's compliance with such notification requirement.

AO 199C (SDIL Rev. 2/21) Order Setting Conditions of Release                                                    Page **5** of 5

### Advice of Penalties and Sanctions

Violations of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. § 3148, and a prosecution for contempt as provided in 18 U.S.C. § 401 which could result in a possible term of imprisonment and/or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment not less than two years nor more than ten years, if the offense is a felony; or a term of imprisonment of not less than ninety days nor more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

18 U.S.C. § 1503 makes it a criminal offense punishable by up to five years in jail and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. § 1510 makes it a criminal offense punishable by up to five years in jail and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. § 1512 makes it a criminal offense punishable by up to ten years in prison and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. § 1513 makes it a criminal offense punishable by up to ten years in jail and a $250,000 fine to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. § 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:

(1)   an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2)   an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3)   any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4)   a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_McLeansboro, IL_
City and State

### Directions to United States Marshal

☒   The defendant is ORDERED released after processing.

☐   The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date:   _1/18/2024_

_____
REONA J. DALY
UNITED STATES MAGISTRATE JUDGE

AO 98A (SDIL Rev. 2/21) Appearance Bond

UNITED STATES DISTRICT COURT
Southern District of Illinois

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff<br><br>v.<br><br>**JUSTIN LAGESSE,**<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NO:  24-MJ-4007-RJD

**APPEARANCE BOND**

**Defendant's Agreement**

I, Justin LaGesse *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

- ☒ to appear for court proceedings;
- ☒ if convicted, to surrender to serve a sentence that the court may impose; or
- ☒ to comply with all conditions set forth in the Order Setting Conditions of Release.

**Type of Bond**

☒ (1) This is a personal recognizance bond.

☐ (2) This is an unsecured bond of

☐ (3) This is a secured bond of $Click or tap here to enter text., secured by:

    ☐ (a) $ Click or tap here to enter text., in cash deposited with the court.

    ☐ (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value)*: Click or tap here to enter text.

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ☐ (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*: Click or tap here to enter text.

**Forfeiture or Release of the Bond**

*Forfeiture of the Bond.*   This appearance bond may be forfeited if the defendant does not comply with the above agreement.   The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement.   At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.*   The court may order this appearance bond ended at any time.   This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

AO 98 (SDIL Rev. 8/20) Appearance Bond

## Declarations

*Ownership of the Property.*   I, the defendant – and each surety – declare under penalty of perjury that:

(1)     all owners of the property securing this appearance bond are included on the bond;
(2)     the property is not subject to claims, except as described above; and
(3)     I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.*   I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me.   I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true.   (See 28 U.S.C.§ 1746.)

Date: 1/18/24

_____
*Defendant's Signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

*CLERK OF COURT*

Date: 1/18/24

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 1/18/24

_____
*Judge's signature*

CLOSED

# U.S. District Court
## Southern District of Illinois (Benton)
## CRIMINAL DOCKET FOR CASE #: 4:24-mj-04007-RJD All Defendants
## Internal Use Only

Case title: USA v. LaGesse

Date Filed: 01/18/2024

Other court case number: 24-MJ-12 District of Columbia

Date Terminated: 01/18/2024

---

Assigned to: Magistrate Judge Reona J. Daly

**Defendant (1)**

**Justin LaGesse**
*TERMINATED: 01/18/2024*

represented by **Patrick S Kilgore**
Federal Public Defender's Office - Benton
401 West Main Street
P.O. Box 1075
Benton, IL 62812
618-435-2552
Email: patrick_kilgore@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or
Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:1752 (a)(1) - Entering and Remaining in
a Restricted Building or Grounds

**Disposition**

---

**Plaintiff**

**USA**                                    represented by **J. David Sanders**
                                           Assistant U.S. Attorney - Benton
                                           402 West Main Street
                                           Suite 2A
                                           Benton, IL 62812
                                           618-435-4566
                                           Email: david.sanders@usdoj.gov
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*
                                           *Designation: Assistant US Attorney*

| Email All Attorneys |
| Email All Attorneys and Additional Recipients |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/18/2024 | | Arrest of Justin LaGesse. (jlm) (Entered: 01/18/2024) |
| 01/18/2024 | 1 | Copy of Warrant and Complaint from District of Columbia as to Justin LaGesse. (jlm) (Entered: 01/18/2024) |
| 01/18/2024 | 2 | Minute Entry for proceedings held before Magistrate Judge Reona J. Daly: Initial Appearance on Removal Proceedings as to Justin LaGesse held on 1/18/2024. Federal Public Defender appointed for proceedings in this district. Identity Hearing waived. Preliminary Hearing waived. The Government is not seeking detention. Defendant released on a Personal Recognizance Bond. Defendant to appear via zoom before MAGISTRATE JUDGE UPADHYAYA on JANUARY 25, 2024 at 12:30 P.M. EST. (Court Reporter Amy Richardson.) (jlm) (Entered: 01/18/2024) |
| 01/18/2024 | 🔒 3 | CJA 23 Financial Affidavit by Justin LaGesse. (jlm) (Entered: 01/18/2024) |
| 01/18/2024 | 4 | WAIVER of Rule 5 & 5.1 Hearings by Justin LaGesse. Identity and Preliminary Hearings waived. (jlm) (Entered: 01/18/2024) |
| 01/18/2024 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Justin LaGesse. Signed by Magistrate Judge Reona J. Daly on 1/18/2024. (jlm) (Entered: 01/18/2024) |
| 01/18/2024 | 6 | Appearance Bond Entered as to Justin LaGesse. (jlm) (Entered: 01/18/2024) |
| 01/18/2024 | 7 | ORDER Setting Conditions of Release as to Justin LaGesse. Signed by Magistrate Judge Reona J. Daly on 1/18/2024. (jlm) (Entered: 01/18/2024) |
| 01/18/2024 | 🔒 | (Court only) ***Case Terminated as to Justin LaGesse, ***Terminated defendant Justin LaGesse, pending deadlines, and motions. (jlm) (Entered: 01/18/2024) |
| 01/18/2024 | 8 | Letter from Clerk, SDIL to Clerk, District of Columbia. (jlm) (Entered: 01/18/2024) |